**UNITED STATES of America,**
**Appellee,**

v.

**John Henry TURNER, Jr., Appellant.**

No. 07–1975.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 13, 2008.

Filed: June 17, 2008.

Before BYE, SMITH, and BENTON,
Circuit Judges.

PER CURIAM.

Federal prisoner John Henry Turner, Jr., appeals the district court's[1] denial of his motions for postconviction relief and reconsideration. We lack jurisdiction to review the court's denial of relief under Federal Rule of Criminal Procedure 35. *See* Fed. R.App. P. 4(b)(1)(A)(i), (3)(A). We conclude that the district court did not err in denying Turner's successive 28 U.S.C. § 2255 motion or his motion for reconsideration, *see* 28 U.S.C. §§ 2255, 2244(b)(3)(A), and thus we affirm. We deny the government's pending motion.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.